IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ILEAN ROSS,
    Plaintiff,

vs.                                   Case No. 5:09cv37/SPM/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

        This action was initiated on February 6, 2009, under the Social Security Act, to obtain judicial review of Defendant's final decision denying Plaintiff's claim for benefits (Doc. 1). On February 11, 2009, this court entered an order denying Plaintiff's motion to proceed in forma pauperis and giving Plaintiff thirty (30) days in which to pay the $350.00 filing fee (Doc. 4). Plaintiff failed to respond to the order; therefore, on March 17, 2009, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 5). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to pay the filing fee.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 8th day of April 2009.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**