IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ILEAN ROSS,

    Plaintiff,

v.     CASE NO. 5:09cv37-SPM/EMT

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

    Defendant.

_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated April 8, 2009 (doc. 6). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed without prejudice for Plaintiff's failure to

comply with an order of the court.

DONE AND ORDERED this 12th day of May, 2009.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO. 5:09cv37-SPM/EMT